UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 3:01CR200 (AWT)** |
| **v.** | : | |
| **JERMAINE CLARKE** | : | **FEBRUARY 25, 2005** |

## MOTION TO SEAL

The defendant, Jermaine Clarke, respectfully moves for an Order sealing his Memorandum in Aid of Sentencing in the above-captioned case, filed simultaneously with this Motion. It is respectfully submitted that it is in the interests of justice that the Memorandum be sealed, and further that such sealing would be consistent with the filing of other related documents in this case.

          Respectfully submitted,

          THE DEFENDANT,
          JERMAINE CLARKE

February 25, 2005

/s/ _____
Richard A. Reeve
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT  06510
(203) 787-9026 (phone)
(203) 787-9031 (fax)
rareeve51@snet.net
Federal Bar No. ct05084

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing MOTION TO SEAL has been hand-delivered to the following parties of record, on this 25th day of February, 2005:

Mark D. Rubino, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT   06510

Bunita Keyes
United States Probation Office
450 Main Street
Hartford, CT   06103

    /s/ _____
Richard A. Reeve