


UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:01CR200 (AWT) |
| v. | : | |
| JERMAINE CLARKE | : | FEBRUARY 25, 2005 |

## MOTION TO SEAL

The defendant, Jermaine Clarke, respectfully moves for an Order sealing his Memorandum in Aid of Sentencing in the above-captioned case, filed simultaneously with this Motion. It is respectfully submitted that it is in the interests of justice that the Memorandum be sealed, and further that such sealing would be consistent with the filing of other related documents in this case.

Respectfully submitted,

THE DEFENDANT,
JERMAINE CLARKE

February 25, 2005

Richard A. Reeve
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT  06510
(203) 787-9026 (phone)
(203) 787-9031 (fax)
rareeve51@snet.net
Federal Bar No. ct05084

**GRANTED.** It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/2/05